# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-1213                                                September Term, 2015

NRC-DPO-2013-002

Filed On: March 1, 2016 [1601536]

Friends of the Earth,

       Petitioner

      v.

U.S. Nuclear Regulatory Commission and
United States of America,

       Respondents

------------------------------

Pacific Gas and Electric Company,
       Intervenor

## O R D E R

Upon consideration of respondents' unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case remain held in abeyance pending further order of the court.

The Nuclear Regulatory Commission is directed to file status reports at 60-day intervals beginning May 2, 2016.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                      BY:    /s/
                               Mark A. Butler
                               Deputy Clerk